**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

CAMILLE NWAEFULU,                    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )        Case No. 1:26-cv-00726 (PTG/WBP)
                                     )
MARIUS IFEDIORANMA                   )
CHUKWURAH,                           )
                                     )
        Defendant.                   )

**ORDER**

Defendant filed a Motion to Seal the Record ("Motion," ECF No. 8) seeking to seal the case and all filings. For the reasons stated on the record at the June 5, 2026, hearing, the Court ORDERS as follows:

1.      The Court DENIES the Motion to the extent it seeks to seal the entire case and all filings. The Court GRANTS in part the Motion with respect to two pages that appear in the exhibits to the Complaint. (ECF No. 8.)

2.      The Clerk must maintain the unredacted Complaint (ECF No. 1) under seal.

3.      Plaintiff must refile the Complaint on the public docket as a new docket entry with the following restrictions:

        a.      Plaintiff must file Exhibit A to the Complaint under seal.

        b.      Plaintiff must file Exhibit B to the Complaint on the public docket but must redact the third page (currently ECF No. 1, page 28 of 59) in its entirety.

4.      The Clerk must unseal the case and ECF Nos. 2 through 15.

Entered this 5th day of June 2026.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia

2