**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF VIRGINIA**

**(Alexandria Division)**

| | | |
|---|---|---|
| CAMILLE NWAEFULU,<br>Plaintiff,<br>v.<br>MARIUS IFEDIORANMA CHUKWURAH,<br>Defendant. | )<br>)<br>)<br>)<br>) | Case No. 1:26-cv-00726-PTG-WBP |

**JOINT STATUS REPORT PURSUANT TO ORDER ENTERED SEPTEMBER 1, 2026**

Plaintiff, by current counsel, and Defendant, by co-counsel, met and conferred by teleconference on September 2, 2026, concerning Defendant's Motion for Sanctions and Motion to Compel, and report to the Court as follows:

1. The parties do not believe that a resolution of Defendant's Motion for Sanctions can be achieved without a hearing.
2. The parties shall continue to confer concerning Defendant's Motion to Compel and to seek resolution of any outstanding discovery disputes between them, but have not yet reached a resolution of same.
3. With respect to the meet-and-confer history, and for clarity of the record, the parties note that Defendant's good-faith efforts to resolve these matters without Court action were previously set forth in the certifications contained in Defendant's Motion to Compel and Defendant's Motion for Sanctions. As certified in the Motion to Compel, Defendant's counsel and Plaintiff's then-counsel of record conferred by telephone on August 7, 2026, and August 14, 2026, regarding the discovery matters raised in that motion. As certified in the Motion for Sanctions, Defendant's counsel conferred by telephone with Plaintiff's then-counsel of record on August 20, 2026, and again on August 27, 2026, regarding the matters raised in that motion. These conferrals, together with the parties' written correspondence

and the September 2, 2026 teleconference reflected above, constitute the conferral record as certified in the pending motions.

Respectfully submitted,

Camille Nwaefulu
By Counsel

_____________/s/_______________
Daniel A. Harvill, Esq. (VSB No. 47756)
DANIEL A. HARVILL, PLLC
9403 Grant Avenue, Suite 202
Manassas, Virginia 20110
Telephone: (703) 485-3111
Email: danielaharvillpllc@gmail.com
Counsel for Plaintiff

Marius Ifedioranma Chukwurah
By Counsel

_____________/s/_______________
Robert L. Jenkins, Jr. (VSB No. 39161)
BYNUM & JENKINS, PLLC
1010 Cameron Street, Suite 123
Alexandria, Virginia 22314
Telephone: (703) 537-5522
rjenkins@bynumandjenkinslaw.com
Counsel for Defendant

Lydia A. Wade, Esq. (D.C. Bar No. 439361)
Law Office of Lydia A. Wade
601 Pennsylvania Avenue, N.W., Suite 905
Washington, D.C. 20004
Telephone: (202) 628-7800
Pro hac vice pending
Co-counsel for Defendant