# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **Camille Nwaefulu,** | | |
| | Plaintiff, | |
| v. | | **TELEPHONIC** |
| | | **PRETRIAL CONFERENCE** |
| **Marius Ifedioranma Chukwurah,** | | **Case No. 1:26-cv-00726-PTG-WBP** |
| | Defendant. | |

---

| | | | |
|---|---|---|---|
| **HONORABLE PATRICIA TOLLIVER GILES** presiding | Court Reporter: | | S. Wallace |
| Deputy Clerk: Paulina Miller | Hearing Began: | | 10:40 a.m. |
| Proceeding Held: 09/16/2026 | Hearing Ended: | | 11:08 a.m. (00:28) |

**Appearances:**

| | |
|---|---|
| **Plaintiff:** | **Daniel Harvill** |
| | |
| **Defendant:** | **Robert Lee Jenkins, Jr., Lydia Wade (phv)** |

---

Counsel for Plaintiff and Counsel for Defendant enter their appearance.

Parties advise the Court of case status.

Case set for Trial by **JURY**: **TUESDAY, JANUARY 12, 2027 at 10:00 a.m. (3 days).**

Motion(s) for Summary Judgment set for: **FRIDAY, DECEMBER 4, 2026 at 10:00 a.m.**

Plaintiff is directed to file a Notice with the Cout advising if a Summary Judgment motion will be filed on behalf of Plaintiff.

The parties are encouraged to contact the chambers of Magistrate Judge Porter re: Settlement.