IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CAMILLE NWAEFULU,<br><br>Plaintiff,<br><br>v.<br><br>MARIUS IFEDIORANMA CHUKWURAH,<br><br>Defendant. | ) | Case No. 1:26-cv-00726 (PTG/WBP) |

**ORDER**

Defendant filed an Amended Motion for Sanctions, Attorneys' Fees, Dismissal with Prejudice, and to Seal the Record. ("Motion," ECF No. 66.) For the reasons stated on the record at the October 2, 2026, hearing (recorded on the Court's FTR system), the Court DENIES the Motion. (ECF No. 66.)

Entered this 2nd day of October 2026.

William B. Porter
United States Magistrate Judge

Alexandria, Virginia